Brian Heit (SBN: 302474)
Brenna E. Erlbaum (SBN: 296390)
**HEIT ERLBAUM, LLP**
6320 Canoga Avenue
15th Floor
Woodland Hills, CA 91367
[phone]: (855) 231.9868
Brian.heit@HElaw.attorney
Brenna.Erlbaum@HElaw.attorney
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO

| | |
|---|---|
| MALIBU MEDIA, LLC, | Case Number:  3:16-cv-01003-WHA |
| Plaintiff, | |
| vs. | |
| JOHN DOES JOHN DOE subscriber assigned IP address 50.242.82.187, | |
| Defendant. | |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

**<u>WITHOUT PREJUDICE OF JOHN DOE</u>**

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntarily dismisses John Doe ("Defendant") from this action <u>without prejudice</u>. John Doe was assigned the IP address 50.242.82.187. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: June 29, 2016

By: /s/ Brian M. Heit
BRIAN M. HEIT, ESQ.
HEIT ERLBAUM, LLP
6320 Canoga Ave., 15th Floor
Telephone: (855) 231-9868
E-mail: Brian.heit@HElaw.attorney
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on June 29, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By:  /s/ *Brian M. Heit*
Brian M. Heit